Holly H. Arpino,
          Plaintiff

v.

Waterford Police
AND
Detective eric Fredericks,
          Defendants

June 23, 2023

## MOTION TO FILE UNDER SEAL

Plaintiff Holly H. Arpino hereby files a Motion to Seal the above entitled action in its entirety, due to the extraordinary claims made therein; she does fear for her safety. Plaintiff leaves this to the discretion of the Court.

By Plaintiff,

H.A.

Holly H. Arpino
P.O. Box 687
New London, CT 06320
(860) 625-2724