

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michelle Rynne**
Division Manager, Hartford

August 31, 2023

Holly H. Arpino
P.O. Box 444
Madison, CT 06443

Case Name: Arpino v. Town of Waterford et al

Your application to proceed in forma pauperis has been approved. Your complaint has been assigned to Judge **Jeffrey Alker Meyer** with case number **3:23-cv-00856-JAM.** Included with this letter are copies of all the standard intake orders entered in the case. All future filings, including your response to this notice, should be sent to the Office of the Clerk in **New Haven**. Please indicate the name of your case, case number, original signature, and your address on all filings.

To expedite service of the complaint by the U.S. Marshal's Service, you must complete the enclosed forms. You must include the names and addresses for each defendant to be served and return them to the proper clerk's office. Further instructions are detailed on page two. If one of the defendants in your complaint does not fit within one of the categories mentioned, you must review Rule 4 of the Federal Rules of Civil Procedure for information about the service requirement for that party.

Your prompt response will ensure efficient service of your complaint.

Dinah Milton Kinney, Clerk

Rev. 2-14-22

# Please Complete and Return the Following Forms

**I.**  **USM 285 FORMS**
Complete one USM 285 form for each defendant named in your complaint that is being served by waiver or summons.  If you are suing a person in his/her individual **and** official capacities, you must complete one USM 285 form for each capacity.

If you are suing a federal government agency or corporation or a federal government official or employee in his official capacity, you must complete two additional USM 285 forms:

    a)  One addressed to the United States Attorney for the District of Connecticut, 157 Church Street, 23rd Floor, New Haven, CT 06510

    b)  One addressed to the United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001

**II.**  **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**
Complete one Notice of Lawsuit and request for Waiver of Service of Summons (signed by plaintiff) and one Waiver of Service of Summons (to be signed by defendant) for each defendant. ***If a state or local defendant is being sued in their official capacity or the federal government or one of its agencies or employees, skip this step and proceed to step III.***

## AND/OR

**III.**  **SUMMONS**
Complete one Summons for each state or local defendant being sued in their official capacity or federal government or one of its agencies or employees.  For each defendant being served by summons, you must include the following:

    a)  One copy of the complaint.

    b)  One copy of the order granting motion to proceed in forma pauperis.

    c)  One copy of any initial documents you filed in the case.

    d)  One copy of each standard intake order issued by the Court.

If the defendant is the federal government or one of its agencies or employees, you must also prepare:

    e)  One Summons addressed to the United States Attorney for the District of Connecticut, 157 Church Street, 23rd Floor, New Haven, CT 06510.

    f)  One Summons addressed to the United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001.

    g)  One Summons addressed to the specific federal government agency or federal government official in his/her official capacity. If the defendant is a federal government official or employee is being sued in his /her individual capacity, you will need an additional summons addressed to the address at which that individual may be served.